(c) See *Jackson* v. *Root*, (18 John. 336,) acc.

---

JACKSON, *ex. dem.* LOOMIS, *against* JOHN STILES, WHITE, tenant.

H. B. DAVIS, moved for leave that the tenant enter into a special consent rule. He read an affidavit of the tenant thus:

To entitle the tenant to enter into a special consent rule in an action of ejectment, as a tenant in common, he must, at least, swear that he claims as tenant in common.

That he believes the action will involve a question between tenants in common, is not enough.

Pitcher
v.
Pierce.

"that, as he, this deponent, verily believes, this ejectmen will involve a question between tenants in common."

SAVAGE, Ch. J. He should swear that he is a tenant in common.

*Davis.* It is a question of law, whether he is so or not. He can do no more than state his belief.

SAVAGE, Ch. J. He can take the advice of counsel. At least, he must swear that he *claims* as a tenant in common. That he believes the ejectment will involve a question between tenants in common is not enough.

*J. A. Collier,* opposed the motion. He cited *Jackson* v. *Lyons,* (18 John. 398.)

Motion denied.